UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | 08-cr-223(PGS) |
| NAFIS JOHNSON | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey Douglas Herring, Assistant U.S. Attorney, appearing), and defendant NAFIS JOHNSON, by his attorney Michael V. Gilberti, Esq., for an order continuing this matter sixty days from October 24, 2008 through and including December 24, 2008, and the defendant being made aware by his attorney that he has the right under Title 18 United States Code, Section 3161(c) to have the matter go to trial within 70 days of the filing date of an indictment or information, and the defendant having consented to the continuance and waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defendant Nafis Johnson and the Office of the United States Attorney for the District of New Jersey are undertaking plea negotiations and may be able to resolve this case;

(2) The completion of a plea agreement will be beneficial to the preservation of judicial resources;

(3) Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the

ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 24 day of October, 2008,

ORDERED that this action be, and hereby is, continued from October 24, 2008 through and including December 24, 2008; and it is further

ORDERED that the period from October 24, 2008 through and including December 24, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. PETER G. SHERIDAN
United States District Judge


Form and entry
consented to:

_____
DOUGLAS HERRING
Assistant U.S. Attorney

_____
Michael V. Gilberti, Esq.
Counsel for defendant Nafis Johnson