UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 08-223 (PGS) |
| v. | : Hon. Peter G. Sheridan |
| NAFIS JOHNSON | : <u>CONTINUANCE ORDER</u> |

A criminal indictment charging the defendant with being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), having been returned on March 20, 2008; and the defendant having appeared before Magistrate Judge Patty Shwartz for an initial appearance on April 16, 2008; and the defendant being represented by Michael V. Gilberti, Esq.; and no bail having been set by the Court; and the defendant and his counsel being aware that the defendant has the right to a trial within seventy(70) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and five (5) continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(8)(A); and with a status conference scheduled in this matter for March 3, 2009 to address, among other issues, the defendant's representation in this matter; the parties hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit the parties to try to resolve this matter without trial and to resolve issues regarding the possible appointment of new counsel for defendant; and for good cause shown;

IT IS on this 29 day of February, 2009,

ORDERED that from February 24, 2009, to and including April 24, 2009, shall be excluded in calculating the time within which this case must go to trial under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time so that defendant can request the appointment of new counsel at a status conference scheduled before this Court on March 3, 2009 at 11:30 a.m. and the parties can attempt to resolve this case with a trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

HONORABLE PETER G. SHERIDAN
United States District Judge

SEEN AND AGREED:

Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

Michael V. Gilberti
Counsel for Nafis Johnson