UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 08-223 (PGS) |
| v. | : Hon. Peter G. Sheridan |
| NAFIS JOHNSON | : <u>CONTINUANCE ORDER</u> |

A criminal indictment charging the defendant with being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), having been returned on March 20, 2008; and the defendant having appeared before Magistrate Judge Patty Shwartz for an initial appearance on April 16, 2008; and the defendant being represented by Michael V. Gilberti, Esq.; and no bail having been set by the Court; and the defendant and his counsel being aware that the defendant has the right to a trial within seventy (70) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and six (6) continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); and with the parties anticipating that a plea agreement will likely be signed in the next two weeks; the parties hereby request a seventh continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the parties to try to resolve this matter without trial and for good cause shown;

IT IS on this __29__ day of April, 2009,

ORDERED that from April 24, 2009, to and including June 24, 2009, shall be excluded in calculating the time within which this case must go to trial under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time so that the parties can attempt to resolve this matter through a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

_____
HONORABLE PETER G. SHERIDAN
United States District Judge

SEEN AND AGREED:

_____
Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

_____
Michael V. Gilberti
Counsel for Nafis Johnson