UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Criminal No.** 08-223

<u>UNITED STATES OF AMERICA</u> v. <u>Nafis Johnson</u>

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Nafis Johnson**, SBI# 338235C, DOB _____ 1980 is now confined at the <u>Essex County Jail.</u>

2. Said individual will be required at the <u>United States District Court in Trenton, New Jersey</u>, on <u>Tuesday, July 14, 2009,</u> at <u>12:00 p.m.</u> for <u>Plea Hearing before Hon. Peter G. Sheridan</u> in the above captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED: June 22, 2009            /s Eric T. Kanefsky
                                 ERCI T. KANEFSKY
                                 Assistant United States Attorney
                                 Petitioner (973) 645-2779

---

ORDER FOR WRIT: Let the Writ Issue.
DATED: 6-23-09

                                 /s/ Peter M Sheridan
                                 HON. PETER G. SHERIDAN
                                 UNITED STATES DISTRICT JUDGE

---

WRIT OF HABEAS CORPUS: The United States of America to

<u>WARDEN OF ESSEX COUNTY JAIL,</u> WE COMMAND that you have the body of **Nafis Johnson**, SBI# 338235C, DOB _____ /1980 now confined in <u>Essex County Jail</u>, brought to the <u>United States District Court, located in Trenton, N.J.</u> on <u>Tuesday, July 14, 2009</u>, at <u>12:00 p.m.</u> for an <u>Plea Hearing</u>, in the above-captioned matter. The defendant shall remain in federal custody until these proceedings are completed. Immediately on completion of these proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Peter G. Sheridan
United States District Judge at Trenton, NJ

DATED: 6-23-09                   WILLIAM T. WALSH
                                 Clerk of the U.S. District Court
                                 for the District of New Jersey

                            Per:  /s/ signature
                                 Deputy Clerk