UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Criminal No.** 08-223

UNITED STATES OF AMERICA v. Nafis Johnson

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1. **Nafis Johnson**, SBI# 338235C, DOB 02/12/1980 is now confined at the Essex County Jail.

2. Said individual will be required at the United States District Court in Newark, New Jersey, on Monday, November 2, 2009, at 10:30 a.m. for Sentencing before Hon. Peter G. Sheridan in the above captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: October 21, 2009            /s Eric T. Kanefsky
                                   ERCI T. KANEFSKY
                                   Assistant United States Attorney
                                   Petitioner (973) 645-2779

ORDER FOR WRIT:   Let the Writ Issue.
DATED: 10-22-09
                                   /s/ Peter M Sheridan
                                   HON. PETER G. SHERIDAN
                                   UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:   The United States of America to

WARDEN OF ESSEX COUNTY JAIL, WE COMMAND that you have the body of **Nafis Johnson**, SBI# 338235C, DOB 02/12/1980 now confined in Essex County Jail, brought to the United States District Court, located in Newark, N.J. on Monday, November 2, 2009, at 10:30 a.m. for an Sentencing, in the above-captioned matter. The defendant shall remain in federal custody until these proceedings are completed. Immediately on completion of these proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Peter G. Sheridan
United States District Judge at Trenton, NJ

DATED: 10-22-09            WILLIAM T. WALSH
                           Clerk of the U.S. District Court
                           for the District of New Jersey

                           Per: /s/ Deputy Clerk
                                Deputy Clerk